**Paul PIRO, Plaintiff–Appellant**

v.

**NEXSTAR BROADCASTING, INCOR-PORATED; Guardian Life Insurance Company of America, Defendants–Appellees.**

**Paul Piro, Plaintiff–Appellee,**

v.

**Guardian Life Insurance Company of America; Nexstar Broadcasting, Incorporated, Defendants–Appellants.**

**Nos. 13–30785, 13–30832**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 22, 2014.

Richard L. Fewell, Jr., Esq., Law Office of Richard L. Fewell, Jr., West Monroe, LA, for Plaintiff–Appellant.

Deirdre Claire McGlinchey, Esq., Cara Elizabeth Hall, McGlinchey Stafford, P.L.L.C., Amy Seltzer Malish, Maura Z. Pelleteri, Krebs, Farley & Pelleteri, P.L.L.C., New Orleans, LA, for Defendants–Appellees.

Before WIENER, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

AFFIRMED. See Rule 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.